UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CARLOS JAVIER ROSADO,**

    **Plaintiff,**

v.                                                               Case No: 5:20-cv-368-Oc-18PRL

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This case is before the Court on the Commissioner's motion to stay the case for ninety days, or until the Social Security Agency ("SSA") regains the capacity to produce the certified transcript of the record necessary for this case. (Doc. 12). Due to the global COVID-19 crisis, the SSA has transitioned to a maximum telework environment which prevented it from adhering to its business process for preparing the transcript of the record in many cases. Additionally, the complaints filed in SSA cases have increased, which has resulted in a backlog of work, making it difficult for the agency to process the transcripts in a timely manner.

The Commissioner's motion recites that Plaintiff objects to the motion to stay. Plaintiff, however, has not filed any written response to the motion setting forth objections and the time for responding has expired. Accordingly, the Commissioner's opposed motion to stay (Doc. 12) is GRANTED. The Commissioner shall file an answer and the transcript of the record for this case within 90 days.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on November 16, 2020.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties